IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 20  PM 4  4

ROBERT R. DI    CHIO
CLERK, U.S. DI    CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| OSTERIA SMITH,<br>CYNTHIA SMITH and<br>STATE FARM INSURANCE COMPANY,<br>as subrogee of OSTERIA SMITH<br>and CYNTHIA SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES POSTAL SERVICE,<br>JOHN E. POTTER, Postmaster<br>General, United States<br>Postal Service, and<br>TERRICK KING,<br><br>    Defendants. | No. 04-2042 Ml/An |

## ORDER OF DISMISSAL

On February 16, 2005, the Court entered an order granting Defendant United States of America's Motion to Dismiss Plaintiffs' Amended Complaint because the Court lacked subject matter jurisdiction under the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.*  There being no remaining federal claims in the present lawsuit, the Court utilizes its discretion to decline to exercise supplemental jurisdiction over Plaintiffs' remaining state law negligence claim against Defendant Terrick King under 28 U.S.C. § 1367(c).  Accordingly, this case is DISMISSED.

So ORDERED this ⋀th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02042 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Patrick Edward Bensinger
STEWART & WILKINSON, PLLC
22 N. Front St.
Ste. 850
Memphis, TN 38103

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT