# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FIL___  _ule_

05 APR 20  PM 4:40

ROBERT R. DI ___ :IO
CLERK, U.S. DI __ ;T.
W.D. OF TN, MEMPHIS

OSTERIA SMITH,
CYNTHIA SMITH and
STATE FARM INSURANCE COMPANY,
as subrogee of OSTERIA SMITH
and CYNTHIA SMITH,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE,
JOHN E. POTTER, Postmaster
General, United States
Postal Service, and
TERRICK KING,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2042 Ml/An

## JUDGMENT

**JUDGMENT BY COURT.**  This action came to consideration before the
Court.  The issues have been considered and a decision has been
rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance
with the Order of Dismissal entered April 1⁄1, 2005, this case is
DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

April 19, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-21-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02042 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Patrick Edward Bensinger
STEWART & WILKINSON, PLLC
22 N. Front St.
Ste. 850
Memphis, TN 38103

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT